1  **Benjamin R. Trachtman, Esq. [SBN 137458]**
   **btrachtman@trachtmanlaw.com**
2  **Ryan M. Craig, Esq. [SBN 220648]**
   **rcraig@trachtmanlaw.com**
3  **Julie A. Hamlin, Esq. [SBN 300799]**
   **jhamlin@trachtmanlaw.com**
4  **TRACHTMAN & TRACHTMAN, LLP**
   **23046 Avenida De La Carlota, Suite 300**
5  **Laguna Hills, CA  92653**
   **Telephone:  (949) 282-0100**
6  **Facsimile:  (949) 282-0111**

7  Attorneys for Defendants U.S. Bank National
   Association (erroneously named herein as U.S. Bancorp),
8  Andy Cecere, Kathy Sandoval and Andy Nguyen

9

10                   **UNITED STATES DISTRICT COURT**

11     **CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

12

| | |
|---|---|
| Hudena James, an individual, Mercedes Green, an individual, <br><br>           Plaintiffs, <br><br>     vs. <br><br> U.S. Bancorp, a business entity, form unknown, U.S. Bank National Association aka U.S. Bank, Andy Cecere, an individual, Kathy Sandoval, an individual, Andy Nguyen, an individual, Does 1-10, <br><br>           Defendants. | **CASE NO.:  5:18-cv-01762 RGK (SPx)** **[Assigned to Hon. R. Gary Klausner Courtroom 850]** <br><br> **NOTICE OF MOTION AND MOTION BY U.S. BANK NATIONAL ASSOCIATION, ANDY CECERE, KATHY SANDOVAL AND ANDY NGUYEN UNDER FED. R. CIV. PROC., RULE 12(b)(6)** <br><br> **Date:  Monday, February 11, 2019** <br> **Time:  9:00 AM** <br> **Judge:  Hon. R. Gary Klausner** <br> **Ctrm:  850** <br><br> **COMPLAINT FILED: 08/22/18** <br> **TRIAL DATE:        None** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
NOTICE OF MOTION AND MOTION BY U.S. BANK NATIONAL ASSOCIATION, ANDY
CECERE, KATHY SANDOVAL AND ANDY NGUYEN UNDER FED. R. CIV. PROC.,
RULE 12(b)(6)

1
2

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

3
4
5
6
7
8
9
10
11

**PLEASE TAKE NOTICE** that on Monday, February 11, 2019 at 9:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 850 of this District Court located at the Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850, 8th Floor, Defendants U.S. BANK NATIONAL ASSOCIATION, ANDY CECERE, KATHY SANDOVAL and ANDY NGUYEN [hereinafter jointly referred to as "U.S. Bank" and/or "Defendants"), by and through their counsel, will and hereby do move this Court, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), on the grounds that:

12
13

1.  The Complaint Fails to State a Claim for Discrimination Under 42 U.S.C. § 1981.

14
15

2.  The Complaint Fails to State a Claim for Discrimination Under 42 U.S.C. § 1983.

16
17

3.  The Complaint Fails to State a Claim for Discrimination Under Intentional Infliction of Emotional Distress.

18
19

4.  The Complaint Fails to State a Claim for Negligent Infliction of Emotional Distress.

20
21

5.  The Complaint Fails to State a Claim for Failure to Train, Supervise and Discipline.

22
23

6.  The Complaint Fails to State a Claim for Discrimination Under the Unruh Civil Rights Act.

24
25
26
27
28

The Motion will be based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, and all papers, pleadings, documents, arguments of counsel and other materials presented before or during the hearing on this Motion and any other evidence and argument the Court may consider.

NOTICE OF MOTION AND MOTION BY U.S. BANK NATIONAL ASSOCIATION, ANDY CECERE, KATHY SANDOVAL AND ANDY NGUYEN UNDER FED. R. CIV. PROC., RULE 12(b)(6)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLEASE TAKE FURTHER NOTIC**E this Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 22, 2018.


DATED:  November 19, 2018     TRACHTMAN & TRACHTMAN, LLP

*/s/ Benjamin R. Trachtman*

By:_____
    Benjamin R. Trachtman
    Ryan M. Craig
    Julie A. Hamlin
    23046 Avenida De La Carlota, Suite 300
    Laguna Hills, CA  92653
    Email:  btrachtman@trachtmanlaw.com
    Email:  rcraig@trachtmanlaw.com
    Email:  jhamlin@trachtmanlaw.com
    Telephone:  (949) 282-0100
    Facsimile:   (949) 282-0111
    Attorneys for Defendants U.S. Bank
    National Association, Andy Cecere, Kathy
    Sandoval and Andy Nguyen

-3-

**PROOF OF SERVICE**
**FRCP 5**

I, Lisa Peter, the undersigned, am over the age of 18 years and not a party to this action.  I am employed with the law firm of Trachtman & Trachtman, LLP, whose address is 23046 Avenida De La Carlota, Suite 300, Laguna Hills, California 92653.

On November 19, 2018, I served the interested parties in this action with the following documents:

**NOTICE OF MOTION AND MOTION BY U.S. BANK NATIONAL ASSOCIATION, ANDY CECERE, KATHY SANDOVAL AND ANDY NGUYEN UNDER FED. R. CIV. PROC., RULE 12(b)(6)**

as follows:

*[X]  BY MAIL:*    I deposited such envelope in the mail at Laguna Hills, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firms' practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Laguna Hills, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X)  placing ( ) the original (X) a true copy thereof enclosed in the sealed envelopes addressed as follows:

Hudena James
Mercedes Green
23729 Bouquet Canyon Place
Moreno Valley, CA  92557
T:  (909) 732-2450
**Plaintiffs in Pro Per**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on November 19, 2018, at Laguna Hills, California.

*/s/ Lisa Peter*

_____

Lisa Peter, Declarant

-4-