1  **Benjamin R. Trachtman, Esq. [SBN 137458]**
   **btrachtman@trachtmanlaw.com**
2  **Ryan M. Craig, Esq. [SBN 220648]**
   **rcraig@trachtmanlaw.com**
3  **Julie A. Hamlin, Esq. [SBN 300799]**
   **jhamlin@trachtmanlaw.com**
4  **TRACHTMAN & TRACHTMAN, LLP**
   **23046 Avenida De La Carlota, Suite 300**
5  **Laguna Hills, CA  92653**
   **Telephone:  (949) 282-0100**
6  **Facsimile:  (949) 282-0111**

7  Attorneys for Defendants U.S. Bank National
8  Association, Andy Cecere, Kathy Sandoval and
   Andy Nguyen
9

10               **UNITED STATES DISTRICT COURT**

11               **CENTRAL DISTRICT OF CALIFORNIA**

12

13  Hudena James, an individual,          **CASE NO.:  5:18-cv-01762 RGK (SPx)**
14  Mercedes Green, an individual,

15          Plaintiffs,                    **NOTICE OF MOTION AND**
                                           **MOTION BY U.S. BANK NATIONAL**
16                                         **ASSOCIATION, ANDY CECERE,**
         vs.                               **KATHY SANDOVAL AND ANDY**
17                                         **NGUYEN UNDER FED. R. CIV.**
                                           **PROC., RULE 12(b)(6)**
18  U.S. Bancorp, a business entity, form
19  unknown, U.S. Bank National
    Association aka U.S. Bank, Andy         **Date:    Monday, April 1, 2019**
20  Cecere, an individual, Kathy            **Time:    9:00 AM**
    Sandoval, an individual, Andy           **Judge:   Hon. R. Gary Klausner**
21  Nguyen, an individual, Does 1-10,       **Ctrm:    850**
22
23          Defendants.                     **COMPLAINT FILED:  08/22/18**
                                            **TRIAL DATE:        None**
24

25

26

27

28

_____
**NOTICE OF MOTION AND MOTION BY U.S. BANK NATIONAL ASSOCIATION,**
**ANDY CECERE, KATHY SANDOVAL AND ANDY NGUYEN**
**UNDER FED. R. CIV. PROC., RULE 12(b)(6)**

1
2

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

3

**PLEASE TAKE NOTICE** that on April 1, 2019 at 9:00 a.m., or as soon

4 thereafter as this matter may be heard in Courtroom 850 of this District Court

5 located at the Roybal Federal Building and U.S. Courthouse, 255 East Temple

6 Street, Los Angeles, CA 90012, Courtroom 850, 8th Floor, Defendants U.S.

7 BANK NATIONAL ASSOCIATION, ANDY CECERE, KATHY SANDOVAL

8 and ANDY NGUYEN, by and through their counsel, will and hereby do move

9 this Court, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), on the

10 grounds that:

11
12

    1.    The First Amended Complaint Fails to State a Claim for Discrimination Under 42 U.S.C. § 1981.

13
14

    2.    The First Amended Complaint Fails to State a Claim for Discrimination Under Intentional Infliction of Emotional Distress.

15
16

    3.    The First Amended Complaint Fails to State a Claim for Negligent Infliction of Emotional Distress.

17
18

    4.    The First Amended Complaint Fails to State a Claim for Failure to Train, Supervise and Discipline.

19
20

    5.    The First Amended Complaint Fails to State a Claim for Discrimination Under the Unruh Civil Rights Act.

21

The Motion will be based on this Notice of Motion and Motion, the

22 concurrently filed Memorandum of Points and Authorities, and all papers,

23 pleadings, documents, arguments of counsel and other materials presented before

24 or during the hearing on this Motion and any other evidence and argument the

25 Court may consider.

26 ///

27 ///

28 ///

_____
**NOTICE OF MOTION AND MOTION BY U.S. BANK NATIONAL ASSOCIATION,
ANDY CECERE, KATHY SANDOVAL AND ANDY NGUYEN
UNDER FED. R. CIV. PROC., RULE 12(b)(6)**

1

**PLEASE TAKE FURTHER NOTICE** that this Motion is made following

2   the conference of counsel pursuant to L.R. 7-3, which took place on February 21,

3   2019.

4

5   DATED:  February 28, 2019        TRACHTMAN & TRACHTMAN, LLP

6
                                              */s/ Julie A. Hamlin*
7                                         By:_____

8                                             Benjamin R. Trachtman
                                              Ryan M. Craig
9                                             Julie A. Hamlin
10                                            23046 Avenida De La Carlota, Suite 300
                                              Laguna Hills, CA  92653
11                                            Email:  btrachtman@trachtmanlaw.com
12                                            Email:  rcraig@trachtmanlaw.com
                                              Email:  jhamlin@trachtmanlaw.com
13                                            Telephone:  (949) 282-0100
14                                            Facsimile:   (949) 282-0111
15                                            Attorneys for Defendants U.S. Bank
                                              National Association, Andy Cecere, Kathy
16                                            Sandoval and Andy Nguyen

17

18

19

20

21

22

23

24

25

26

27

28

_____
**NOTICE OF MOTION AND MOTION BY U.S. BANK NATIONAL ASSOCIATION, ANDY CECERE, KATHY SANDOVAL AND ANDY NGUYEN UNDER FED. R. CIV. PROC., RULE 12(b)(6)**

**PROOF OF SERVICE**
**FRCP 5**

I, Erika Sorensen, the undersigned, am over the age of 18 years and not a party to this action.  I am employed with the law firm of Trachtman & Trachtman, LLP, whose address is 23046 Avenida De La Carlota, Suite 300, Laguna Hills, California 92653.

On February 28, 2019, I served the interested parties in this action with the following documents:

**NOTICE OF MOTION AND MOTION BY U.S. BANK NATIONAL ASSOCIATION, ANDY CECERE, KATHY SANDOVAL AND ANDY NGUYEN UNDER FED. R. CIV. PROC., RULE 12(b)(6)**

as follows:

*[X]    BY MAIL:*    I deposited such envelope in the mail at Laguna Hills, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firms' practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Laguna Hills, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X) placing ( ) the original (X) a true copy thereof enclosed in the sealed envelopes addressed as follows:

Hudena James
Mercedes Green
23729 Bouquet Canyon Place
Moreno Valley, CA  92557
T:  (909) 732-2450
**Plaintiffs in Pro Per**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 28, 2019, at Laguna Hills, California.

*/s/ Erika Sorensen*
Erika Sorensen, Declarant

-4-

NOTICE OF MOTION AND MOTION BY U.S. BANK NATIONAL ASSOCIATION, ANDY CECERE, KATHY SANDOVAL AND ANDY NGUYEN UNDER FED. R. CIV. PROC., RULE 12(b)(6)